1 | ANDRÉ BIROTTE JR.
United States Attorney
2 | LEON W. WEIDMAN
3 | Assistant United States Attorney
Chief, Civil Division
4 | TIMOTHY R. BOLIN, CSBN 259511
5 | Special Assistant United States Attorney
6 |     Social Security Administration
    Office of the General Counsel
7 |     333 Market St., Ste. 1500
8 |     San Francisco, CA 94105
    Telephone: (415) 977-8982
9 |     Facsimile: (415) 744-0134
10 |     Email: timothy.bolin@ssa.gov
11 | Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| SARAH E. NANCE, | ) No. 8:12-cv-00205-FFM |
|---|---|
| Plaintiff, | ) [~~PROPOSED~~] JUDGMENT |
| v. | ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment (Stipulation to Remand) lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED, AND**

1 **DECREED** that the above-captioned action is remanded to the Commissioner of
2 Social Security for further proceedings consistent with the Stipulation to Remand.
3
4
5 DATED: September 18, 2012

/S/ FREDERICK F. MUMM
6                                  HON. FREDERICK F. MUMM
7                                  United States Magistrate Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28